UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 13-72231-crm |
| PETER ABRAHAM, | CHAPTER 7 |
| Debtor, | JUDGE MULLINS |
| U.S. REGENCY RETAIL I, LLC and REGENCY CENTERS, L.P., | |
| Movants, | CONTESTED MATTER |
| v. | |
| PETER ABRAHAM, | |
| Respondent. | |

### ORDER GRANTING EXPEDITED MOTION OF U.S. REGENCY RETAIL I, LLC AND REGENCY CENTERS, L.P. TO SHORTEN TIME FOR NOTICE AND HEARING OF MOTION TO LIFT STAY IN ORDER TO PERMIT DISPOSSESSORY PROCEEDING

Movants U.S. Regency Retail I, LLC and Regency Centers, L.P., having filed their *Expedited Motion of U.S. Regency Retail I, LLC and Regency Centers, L.P. to Shorten Time for Notice and Hearing of Motion to Lift Stay in Order to Permit Dispossessory Proceeding* [Docket No. 13] (the "Motion") pursuant to Local Bankruptcy Rule 9013-4, and the Court having reviewed the Motion,

IT IS HEREBY ORDERED that the Motion to Shorten Time is hereby *GRANTED*.

IT IS FURTHER ORDERED that the Court will hold an expedited hearing on Movants' *Motion and Memorandum of Law in Support of U.S. Regency Retail I, LLC's and Regency*

*Centers, L.P.'s Motion to Lift Stay in Order to Permit Dispossessory Proceeding* [Docket No. 11] in Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at 2:00 pm on October 24TH, 2013.

Pursuant to BLR 9007-2, the attorney for the Movants shall promptly transmit a copy of this Notice by mail, telephone and fax on the appropriate parties and file a certificate of service with the Clerk's Office within one (1) business day.

At Atlanta, Georgia, this ____ day of October, 2013.

The Honorable C. Ray Mullins
Chief Judge, United States Bankruptcy Court
Northern District of Georgia

Prepared and Presented by:
/s/
John C. Amabile
SCHIFF HARDIN LLP
Georgia Bar No. 014520
One Atlantic Center, Suite 2300
1201 West Peachtree Street
Atlanta, GA 30309
(404) 437-7000
(404) 473-7100 (fax)
jamabile@schiffhardin.com

*Attorneys for U.S. Regency Retail I, LLC and Regency Centers, L.P.*

United States Bankruptcy Court
Northern District of Georgia

In re:  
Peter Abraham  
    Debtor

Case No. 13-72231-crm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: rodriguez     Page 1 of 1     Date Rcvd: Oct 16, 2013  
                   Form ID: pdf534     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2013.
```
db         +Peter Abraham,    Apt. # 1401,    2300 Peachford Rd,   Dunwoody, GA 30338-5846
aty        +John C. Amabile,    Schiff Hardin LLP,    Suite 2300 - One Atlantic Center,
             1201 West Peachtree Street,    Atlanta, GA 30309-3449
aty        +Thomas C. Blaska,    The Blaska Law Firm, LLC,    8565 Dunwoody Place,    Atlanta, GA 30350-3330
tr         +Cathy L. Scarver,    P. O. Box 672587,    Marietta, GA 30006-0044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2013          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2013 at the address(es) listed below:
```
          Cathy L. Scarver    trusteescarver@bellsouth.net,    ga06@ecfcbis.com;papc1@bellsouth.net
          John C. Amabile    on behalf of Attorney    Regency Centers, L.P. jamabile@schiffhardin.com,
           hgant@schiffhardin.com
          John C. Amabile    on behalf of Attorney    U.S. Regency Retail I, LLC jamabile@schiffhardin.com,
           hgant@schiffhardin.com
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
```
         TOTAL: 4